IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3168-D

ANTHONY THOMAS HARRELSON, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
L. HOWELL and V. DAVANE, )
)
    Defendants. )

On August 1, 2025, Anthony Thomas Harrelson ("Harrelson" or "plaintiff"), a state inmate proceeding pro se, filed a motion of fear of retaliation which the clerk construed as a complaint under 42 U.S.C. § 1983 [D.E. 1]. On October 30, 2025, Harrelson was released from custody. See Offender Pub. Info., N.C. Dep't of Adult Correction, https://webapps.doc.state.nc.us/opi/offendersearch.do?method=view (search by inmate name) (last visited Dec. 2, 2025).

Harrelson was required to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Harrelson's failure to advise the court of his new address and for failure to prosecute, and DENIES the pending motions [D.E. 1, 4, 6] as moot. The clerk shall close the case.

SO ORDERED. This 2 day of December, 2025.

*JAMES C. DEVER III*
United States District Judge